hib_3015-3tr (8/2021)

NIMA GHAZVINI
Chapter 13 Standing Trustee
1050 Bishop Street #521
Honolulu, HI 96813
P: (808) 526-3083 F: (808) 531-8844
E: info@hi13trustee.com



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii 96813**

Debtor(s):
MICHAEL LEE PRICE
MONICA YVONNE PRICE

Chapter 13 Case No. 25-00606
Plan – Docket No. 2

# TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

Chapter 13 Trustee ("Trustee") objects to confirmation of the proposed plan as follows:

**-** Failure to provide full payment of all secured, priority, and special unsecured claims – Trustee is unable to evaluate whether the plan is adequately funded because the plan does not designate treatment for the following secured claims:

- OE Federal Credit Union (Claim No. 2)
- America First Credit Union (Claim No. 9)
- Santander Consumer USA (Claim No. 10)

Feasibility and funding of the plan depend on the treatment of the claim. Additional claims can be filed up until January 12, 2026. Trustee is awaiting the debtors' response as to treatment of secured claims 2 and 9. If the debtor surrenders collateral, the unsecured portion of the claim or the deficiency balance may have to be paid in full as Class 9 because the debtors co-signed the underlying debt.

- Fails chapter 7 liquidation analysis, a violation of 11 USC Section 1325(a)(4): based on non-exempt equity in debtor's property, the plan must pay a 100% dividend to non-priority joint unsecured creditors. Joint unsecured debts must be provided for as Class 9 claims and paid in full. Trustee's review of schedules, credit report and claims filed thus far, indicates the following non-priority unsecured claims/creditors should be paid in full as Debtors are jointly liable for the underlying debt:

- Internal Revenue Service, claim 7
- America First Credit Union – joint per schedules E/F, #4.1
- OE Federal Credit Union – joint per schedules E/F, #4.16

- Debtor(s) fail to apply all disposable income to the plan pursuant to § 1325(b)(2) – Debtors are above median income and are required to commit monthly disposable income of $1,972.33 for 60 months to unsecured creditors. Based on this disposable income, unsecured creditors are entitled to receive an amount no less than $114,789.80. Currently filed unsecured claims total $35,190.28 and additional claims can be filed up until January 12, 2026 - 100% distribution is required. The plan currently proposes a base amount of $67,200.00 and does not provide for the required payment to the unsecured

creditors. The amount needed to pay in disposable monthly income, fund claims as filed / other listed governmental claims, related interest charges, and the cost of administration is estimated at $221,091.98.

- Failure to timely respond to Trustee's requests – Pursuant to Meeting of Creditors held August 13, 2025, Trustee requested copy of debtor's payment advices dated 07/18/25 from N.A Degerstrom, Inc. and amended schedules A/B, C, D, H to disclose 2022 Nissan Maxima.

## CERTIFICATE OF SERVICE

Trustee also certifies that a copy of this objection was served on the Office of the United States Trustee and the persons below by the court's electronic transmission facilities (ECF) or first-class mail.

Dated: 09/03/2025         /s/ Veronica Valdez

Attorney for Debtor(s): BLAKE GOODMAN, PC
E-mail: bkblakegoodman@gmail.com VIA CM/ECF

Debtor(s): MICHAEL LEE & MONICA YVONNE PRICE
PO BOX 494 KEAAU, HI 96749