hib_3015-3tr (8/2021)

NIMA GHAZVINI
Chapter 13 Standing Trustee
1050 Bishop Street #521
Honolulu, HI 96813
P: (808) 526-3083 F: (808) 531-8844
E: info@hi13trustee.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Chapter 13 Case No. 25-00606
Plan – Docket No. 18

Debtor(s):
*MICHAEL LEE PRICE*
*MONICA YVONNE PRICE*

# TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

Chapter 13 Trustee ("Trustee") objects to confirmation of the proposed plan as follows:

- The plan includes the following provision in Section 12:

<u>Student Loan to be Paid Outside Plan</u>
*The plan proposes 100% repayment to creditors, and thus it it not discriminatory under sec. 1325(b)(1) for Debtor to pay the two non-dischargable student loans owed to Cornerstone, directly to the lender outside the plan of reorganization.*

While the plan presently funds a 100% dividend, claims bar dates have not yet passed. Trustee requests the plan include the following provision is the plan is confirmed prior to the passage of all claims bar dates -- Allowed nonpriority unsecured creditors shall be paid a 100% dividend. Debtor shall file a motion to modify the plan within 60 days after the passage of the governmental claims bar date if filed claims necessitate increased plan funding.

The plan fails chapter 7 liquidation analysis, a violation of 11 USC Section 1325(a)(4): based on non-exempt equity in debtor's property, the plan must pay a 100% dividend to non-priority joint unsecured creditors. Joint unsecured debts must be provided for as Class 9 and paid in full. Claim 2 filed by OE Federal Credit Union and Claim 9 filed by America First Credit Union are fully secured, but the plan surrenders their collateral. Debtor and Joint Debtor are both liable for the underlying debt. The plan should provide for full payment of these claimants' deficiency claims that may be filed to comply with 11 USC Section 1325(a)(4).

- Fails chapter 7 liquidation analysis, a violation of 11 USC Section 1325(a)(4): based on non-exempt equity in debtor's property, the plan must pay a 100% dividend to non-priority joint unsecured creditors. Joint unsecured debts must be provided for as Class 9 claims and paid in full. Trustee's review of schedules, credit report and claims filed thus far, indicates the following non-priority unsecured claims/creditors should be paid in full as Debtors are jointly liable for the underlying debt:

- VERIZON BY AIS INFOSOURCE LP, Claim 19

## CERTIFICATE OF SERVICE

Trustee also certifies that a copy of this objection was served on the Office of the United States Trustee and the persons below by the court's electronic transmission facilities (ECF) or first-class mail.

Dated: 10/21/2025            /s/ Veronica Valdez

Attorney for Debtor(s): BLAKE GOODMAN, PC
E-mail: bkblakegoodman@gmail.com VIA CM/ECF

Debtor(s): MICHAEL LEE & MONICA YVONNE PRICE
PO BOX 494 KEAAU, HI 96749